JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S1-CR-08-0730-WHA |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER ADJOURNING DECEMBER 9, 2008 INITIAL APPEARANCE |
| MANUEL FRANCO, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the initial appearance of December 9, 2008 and setting a new appearance date of December 15, 2008 at 9:00 am, and excluding time under the Speedy Trial Act from the date of this stipulation to December 15, 2008. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Manuel Franco, was charged in an Indictment dated October 16, 2008 with racketeering conspiracy, conspiracy to commit murder in aid of racketeering, conspiracy to commit assault with a dangerous weapon in aid of racketeering, and with the use and/or possession of a firearm in furtherance of a crime of violence. The Indictment was

1  unsealed on October 23, 2008, and the defendant was and remains in custody on these charges.
2  On November 6, 2008, the Grand Jury in the Northern District of California returned a
3  Superseding Indictment, naming the defendant in the same four counts.
4        2. At the time of his initial appearance on the original Indictment, Magistrate Judge
5  Nandor J. Vadas scheduled December 9, 2008 at 2:00 pm for the defendant's initial appearance
6  before the Court. However, since the December 9, 2008 date was set, an unexpected scheduling
7  conflict has arisen for counsel for the defense. Accordingly, the parties, after conferring with the
8  Court, would respectfully ask that the December 9, 2008 appearance for the defendant be
9  adjourned until December 15, 2008 at 9:00 am.
10       3. In addition, should the requested adjournment be granted, the parties would jointly
11 ask the Court to exclude time under the Speedy Trial Act until December 15, 2008 because the
12 requested adjournment is being sought to ensure the availability and continuity of counsel, and,
13 hence, the effectiveness of legal representation.
14       4. Accordingly, with the consent of the defendant, the Court hereby: (a) adjourns the
15 December 9, 2008 conference date until December 15, 2008 at 9:00 am; and (b) orders that the
16 period from December 9, 2008 to December 15, 2008 be excluded from calculations under the
17 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
18 STIPULATED:

DATED: December 8, 2008     /s/ Geri L. Green
                                         Geri L. Green, Esq.
                                         Attorney for Manuel Franco

DATED: December 8, 2008     /s/ W.S. Leung
                                         W.S. Wilson Leung
                                       Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 8, 2008
                                       HON. WILLIAM H. ALSUP
                                       United States District Judge