GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104
Telephone: (415) 982-2600
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Defendant
MANUEL FRANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MANUEL FRANCO, et.al.,<br><br>  Defendant.<br>_____/ | Case No.: CR-08-730-WHA<br><br>~~EX PARTE~~ MOTION TO FILE UNDER SEAL AND ~~[PROPOSED]~~ ORDER<br><br>~~[Filed Under Seal]~~ |

GERI LYNN GREEN, attorney for defendant, MANUEL FRANCO, hereby respectfully moves this Court for an order permitting her to file under seal defendant's NOTICE OF MOTION AND MOTION FOR SEVERANCE OR MISJOINDER AND DECLARATIONS IN SUPPORT, as the information contained therein relates to information and documents filed and maintained under seal. As confirmed by Attorney Swanson, the filings are not *ex parte* and have been served on the government.

The Court hereby orders, as follows:

The defendant may file ~~ex parte and~~ under seal defendant's ~~Request for Clarification as to Notice of~~ Motion and Motion for Severance and Declarations in Support. ~~Judge's Order dated April 09, 2010, Declaration of Geri Lynn Green, and Declaration of Julien Swanson.~~

IT IS SO ORDERED.

DATED: December __14__, 2010     _____
                                 HON. WILLIAM ALSUP
                                 United States District Court Judge

LEAVE TO FILE UNDER SEAL AND ~~PROPOSED]~~ ORDER                                    1