GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104
Telephone: (415) 982-2600
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Defendant
MANUEL FRANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-08-730-WHA |
|---|---|
| Plaintiff, | |
| | **EX PARTE MOTION TO FILE DECLARATIONS OF GERI LYNN GREEN IN SUPPORT OF MOTION TO EXCLUDE UNDER SEAL AND [PROPOSED] ORDER** |
| vs. | |
| MANUEL FRANCO, et.al., | |
| Defendant. | [Filed Under Seal] |

LEAVE TO FILE UNDER SEAL AND [PROPOSED] ORDER                                                    1

GERI LYNN GREEN, attorney for defendant, MANUEL FRANCO, hereby respectfully moves this Court for an order permitting her to file under seal defendant's DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXCLUDE, as the exhibits contained therein were previously filed and maintained under seal.

The Court hereby orders, as follows:

The defendant may file ex parte and under seal defendant's DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXCLUDE.

IT IS SO ORDERED.

DATED: January 25, 2011

_____
HON. WILLIAM ALSUP
United States District Court Judge