1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  155 Montgomery Street, Suite 901
   San Francisco, California 94104
3  Telephone: (415) 982-2600
   greenlaw700@gmail.com
4  gerilynngreen@gmail.com

5
   Attorney for Defendant
6  MANUEL FRANCO

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                Case No.: CR-08-730-WHA

          Plaintiff,

12                                          **EX PARTE MOTION TO FILE
                                            DECLARATIONS OF GERI LYNN
13                                          GREEN IN SUPPORT OF** ~~MOTION TO~~
              MOTIONS TO DISMISS ~~EXCLUDE~~ **UNDER SEAL AND**
14                                          ~~[PROPOSED]~~ **ORDER**

15     vs.

16 MANUEL FRANCO, et.al.,                   ~~[Filed Under Seal]~~

          Defendant.
17 _____/

18

19

20

21

22

23

24

25

26

27

28

LEAVE TO FILE UNDER SEAL AND ~~[PROPOSED]~~ ORDER                        1

1   GERI LYNN GREEN, attorney for defendant, MANUEL FRANCO, hereby respectfully
2   moves this Court for an order permitting her to file under seal defendant's DECLARATION OF
3   COUNSEL IN SUPPORT OF ~~MOTION TO EXCLUDE~~ MOTIONS TO DISMISS, as the exhibits contained therein were
4   previously filed and maintained under seal.
5   The Court hereby orders, as follows:
6   The defendant may file ex parte and under seal defendant's DECLARATION OF
7   COUNSEL IN SUPPORT OF ~~MOTION TO EXCLUDE~~. MOTIONS TO DISMISS.
8   IT IS SO ORDERED.

DATED: January 25, 2011

HON. WILLIAM ALSUP
United States District Court Judge

LEAVE TO FILE UNDER SEAL AND [~~PROPOSED~~] ORDER                                    2