GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104
Telephone: (415) 982-2600
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Defendant
MANUEL FRANCO

RECEIVED
JAN 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-08-730-WHA |
| Plaintiff, | |
| vs. | **EX PARTE MOTION TO FILE UNDER SEAL AND [PROPOSED] ORDER** |
| MANUEL FRANCO, et.al., | |
| Defendant. | [Filed Under Seal] |

LEAVE TO FILE UNDER SEAL AND PROPOSED] ORDER                                                1

1  I GERI LYNN GREEN, attorney for defendant, MANUEL FRANCO, hereby respectfully move
2  this Court for an order permitting her to file under seal defendant's SUPPLEMENTAL
3  DECLARATION IN SUPPORT OF MOTIONS TO DISMISS as the information and exhibits
4  contained therein have been filed and maintained under seal.
5      The Court hereby orders, as follows:
6      The defendant may file ex parte and under seal defendant's SUPPLEMENTAL
7  DECLARATION IN SUPPORT OF MOTIONS TO DISMISS.
8      IT IS SO ORDERED.
9      DATED: January 25, 2011

HON. WILLIAM ALSUP
United States District Court Judge