GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, California 94104
Telephone: (415) 982-2600
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Defendant MANUEL FRANCO

RECEIVED
FEB 17 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANUEL FRANCO, et.al.,<br><br>    Defendant.<br>_____/ | Case No.: CR-08-730-WHA<br><br>**EX PARTE MOTION TO FILE UNDER SEAL AND [PROPOSED] ORDER**<br><br>[Filed Under Seal] |

LEAVE TO FILE UNDER SEAL AND [PROPOSED] ORDER                                                                1

GERI LYNN GREEN, attorney for defendant, MANUEL FRANCO, hereby respectfully moves this Court for an order permitting her to file under seal Exhibit A, in Support of her APPLICATION FOR LEAVE OF COURT TO RECONSIDER COURT'S DENIAL OF MOTIONS TO DISMISS AND TO SUPPRESS ON GROUNDS OF UNTIMELINESS AND REQUEST FOR RECONSIDERATION OF COURTS DENIAL OF MOTIONS TO DISMISS AND TO SUPPRESS ON GROUNDS OF UNTIMELINESS; MOTION TO BE RELIEVED AS COUNSEL; DECLARATION OF COUNSEL IN SUPPORT, as the Exhibit was a Court Order previously filed under seal. The Pleadings were e-filed without this Exhibit.

The Court hereby orders, as follows:

The defendant may file ex parte and under seal Exhibit A, Court Order dated April 09, 2010 in support of the above described Motion.

IT IS SO ORDERED.

DATED: February 18, 2011

_____
HON. WILLIAM ALSUP
United States District Court Judge