MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. S3-CR-08-730-WHA |
| | ) | |
| v. | ) | |
| | ) | STATEMENT RE: COURT'S FEBRUARY |
| | ) | 17, 2011 ORDER (DOCKET #3525) |
| MANUEL FRANCO, | ) | |
|     Defendant. | ) | |
| | ) | |

      The Government respectfully submits this Statement to advise the Court that it has not been served with any supplemental notice by Geri L Green, Esq., counsel for Manuel Franco, relating to the issues identified in the Court's February 17, 2011 Order (Docket #3525). The Government would also note that Ms. Green's application for leave to file a motion for reconsideration of her motion to dismiss and motion to be relieved as counsel was received by the Government on February 17, 2011, but was incomplete: the Government only received the first page of Ms. Green's application and Exhibit A but nothing else. The Government contacted

1 | Ms. Green via e-mail on February 19 and 23, 2011, but received no response.
2 |     Accordingly, the Government will not be submitting any response to Franco's application
3 | for leave to file a motion for reconsideration.

5 | DATED: February 24, 2011      Respectfully submitted,

6 |     MELINDA HAAG
    United States Attorney

8 |       /s/
    W.S. Wilson Leung
    Wil Frentzen
    Christine Y. Wong
    Assistant United States Attorneys

    Theryn G. Gibbons
    Trial Attorney