IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCO, *et al*.<br><br>Defendants.<br>                                                               / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT FRANCO'S FAILURE TO PROPERLY SERVE GOVERNMENT AND NEW DEADLINE FOR GOVERNMENT RESPONSE** |

Contrary to defendant Manuel Franco's assertion, the government has not "misread" the February 17 order (Dkt. No. 3577). It is defendant Franco who has misread the February 17 order.

The February 17 order explained defendant Franco's motion for leave to file a reconsideration application entirely failed to provide an adequate explanation as to why the untimely filing should be excused (Dkt. No. 3525). Nonetheless, instead of rejecting the motion, the Court provided counsel with an opportunity to cure its deficiencies with a supplemental filing specifically addressing "what evidence critical to the motion was received *after* the filing deadlines." The order then requested that the government specifically respond "to address any claims *regarding the timing of productions by the government*" (emphasis added).

Obviously, however, the government cannot respond to claims contained in a submission that it has not received. The whole point of allowing the supplemental filing was to allow defense counsel to cure the motion's failure to address timeliness. As the

1  government was never served with the supplemental filing, it obviously could not respond
2  to any claims regarding the timing of the government's productions and its impact on the
3  timeliness of the motions at issue.

4      No authorization was given for defense counsel to submit the supplemental
5  submission *ex parte*.  While a portion of the supplemental submission may be appropriate
6  for *ex parte* submission (e.g. discussions of CJA matters), other portions of the submission
7  addressing the timing of the government's productions and other non-privileged matters
8  should be served on the government so that it has a fair opportunity to respond and clarify
9  the record if necessary.

10      Defense counsel has until **MARCH 2 AT NOON** to serve the government with the
11  non-privileged portions of its supplemental submission.  By the same date and time,
12  defense counsel must re-submit the supplemental submission to the Court with an
13  indication of which portions have been served on the government.

14      The government will then have until **MARCH 8 AT 5 P.M.** to submit a response
15  regarding the timing of its productions or any other matters it wishes to comment on.  It
16  appears that defendant Franco has noticed a March 22 hearing for his motion for *leave to*
17  *file* the reconsideration application.  This hearing date is hereby **VACATED**.  The parties
18  will be notified if a hearing is needed.

20  **IT IS SO ORDERED.**

22  Dated: February 28, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE