IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER SEALING UNREDACTED AND REDACTED VERSIONS OF DECLARATION OF GERI GREEN** |
| MANUEL FRANCO, *et al*. | |
| Defendants. | |

The declaration of Geri Lynn Green in response to docket 3590 is to be filed under seal. Exhibit A-1 to the declaration is to be filed *ex parte* as it contains privileged material. The declaration itself and Exhibit B-1 — a redacted version of Exhibit A-1 — are *not* to be filed *ex parte*.

To clarify, although the Green declarations and proof of service state that the original declaration was *filed* under seal on February 18, there was no such filing on that date. The declaration was *lodged* with the Court, but defense counsel was notified the declaration would not be filed under seal because defense counsel was not authorized to file the entire declaration *ex parte* (Dkt. No. 3590).

**IT IS SO ORDERED.**

Dated: March 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE