MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6758
Facsimile: (415) 436-6753
E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S3-08-CR-0730-WHA |
| v. | APPLICATION AND [PROPOSED] SEALING ORDER |
| MANUEL FRANCO, | |
| Defendants. | |

The Government respectfully submits this application and proposed sealing order to request that the Government's March 8, 2011 Statement regarding the *ex parte* declaration of defense counsel Geri L. Green, Esq., filed in response to Docket #3590, be filed under seal because Ms. Green's declaration was itself filed under seal and the Statement references the contents of Ms. Green's declaration.

1 | DATED: March 15, 2011

Respectfully submitted

MELINDA HAAG
United States Attorney

By: /s/ W.S. Wilson Leung
W.S. Wilson Leung
Assistant United States Attorney

FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the above-referenced Statement, ~~and this application and order~~ be sealed until further order of this Court.

SO ORDERED.

DATED: March 16, 2011

HON. WILLIAM ALSUP
United States District Judge