IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al.*<br><br>    Defendants.<br>                                                     / | No. CR 08-0730 WHA<br><br>**ORDER DENYING DEFENDANT MANUEL FRANCO'S JOINDER MOTIONS (DKT. NO. 3716)** |

      As stated at the March 16 hearing, defendant Manuel Franco's motion to join defendant Erick Lopez's motion for discovery is **DENIED** (Dkt. No. 3728). Defendant Franco is not proceeding to trial on April 4 and his filing offered no explanation as to how the motion applied to him given his severed trial.

      For these same reasons, defendant Franco's motion to join in defendant Jonathan Cruz-Ramirez's sealed motion regarding 1211 and defendant Moris Flores' motion for discovery of impeaching information is **DENIED** (Dkt. No. 3716).

      It bears noting that counsel for defendant Franco — despite previous warnings — has continued to file tardy "omnibus" joinder motions seeking to join motions that do not appear to apply to defendant Franco — without providing adequate explanation of why the motion applies to defendant Franco (*see, e.g.*, August 11 sealed order). Oftentimes, the motions sought to be joined have already been fully briefed by the parties or have already been heard and ruled upon. These improper joinder motions — including docket numbers 2723, 2878, 2897 — are **DENIED.**

Counsel was given ample warning of the proper procedure for joinder motions and must comply with these procedures (*see, e.g.*, Dkt. No. 2074).

**IT IS SO ORDERED.**

Dated: March 23, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2