IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANUEL FRANCO, *et al*.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER RE ATTORNEY GERI GREEN'S CLAIM RE SERVICE** |

　　　Counsel for defendant Manuel Franco, Attorney Geri Green, filed a statement asserting that the government failed to serve her with its response to her declaration regarding the timeliness of her motions to dismiss and motion to suppress (Dkt. No. 3775). In response, the government has provided the parties with a copy of an email indicating that Attorney Green was served on March 8 (Dkt. No. 3776).

　　　Attorney Green is to file a sworn declaration by **FRIDAY, MARCH 25 AT NOON** responding to the government's proffer that she was in fact served, despite her previous assertion to the contrary.

　　　**IT IS SO ORDERED.**

Dated: March 23, 2011.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE