GERI LYNN GREEN SBN 127709
Law Offices of Geri Lynn Green, LC
155 Montgomery Street Suite 901
San Francisco, CA 94104
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Defendant MANUEL FRANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCO, et. al.,<br><br>Defendant. | Case No.: 08-CR-730 WHA<br><br>**AMENDED MOTION TO FILE UNDER SEAL AND *EX PARTE* DEFENDANT MANUEL FRANCO'S FACTUAL SUPPORT FOR REQUESTED ENTRAPMENT AND DURESS INSTRUCTIONS**<br>**AND [Proposed] ORDER** |
|---|---|

Defendant MANUEL FRANCO, hereby respectfully moves this Court for an order permitting her to file under seal and *Ex Parte* DEFENDANT MANUEL FRANCO'S FACTUAL SUPPORT FOR REQUESTED ENTRAPMENT AND DURESS INSTRUCTIONS, as the information contained therein relates to sensitive information and documents filed and maintained under seal in this case.

The information also contains material and information that is the basis of the defendant's defense theories in this case. To provide the specific testimony the defense expects to adduce from these adverse witnesses and how that testimony fits into the defense theories to the Government at this point would unfairly lighten the Government's burden allowing the Government to skew its case in anticipation of the defense.

1    Defendant FRANCO has provided to the Court a lodged sealed document containing
2 sensitive information supporting his defense and filed a document through ECF which provides
3 ample notice to the Government of his intentions.
4    Due to the sensitive nature of the information contained in the lodged materials, it is
5 respectfully requested that this Court file the documents under seal in order to protect Mr.
6 FRANCO's Fifth, Sixth and Fourteenth Amendment rights to remain silent, assistance of counsel,
7 due process and a fair trial.
8    This application is made by counsel for Defendant Geri Lynn Green, who declares that all statements made are true.

                                        LAW OFFICES OF GERI LYNN GREEN, LC

Dated: September 06, 2011        By: _____
                                                  GERI LYNN GREEN
                                                  Attorney for Defendant
                                                  MANUEL FRANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>MANUEL FRANCO<br><br>         Defendant. | Case No.: 08-CR-730 WHA<br><br>**[Proposed] ORDER ALLOWING DEFENDANT TO FILE UNDER SEAL AND EX PARTE DEFENDANT MANUEL FRANCO'S FACTUAL SUPPORT FOR REQUESTED ENTRAPMENT AND DURESS INSTRUCTIONS** |

The defendant MANUEL FRANCO may file under seal and *Ex Parte* MANUEL FRANCO'S FACTUAL SUPPORT FOR REQUESTED ENTRAPMENT AND DURESS INSTRUCTIONS.

IT IS SO ORDERED.

DATED: _____, 2011

_____
**WILLIAM H. ALSUP**
**United States District Judge**