IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, et al.,<br><br>    Defendants.<br>                                       / | No. CR 08-0730 WHA<br><br>**ORDER RE DEADLINES FOR DEFENDANT MANUEL FRANCO** |

     Although defendant Franco has been severed for a separate trial, defendant Franco must still comply with the previously-set deadlines for Rule 16 reciprocal disclosures and Rule 12.1 and 12.3 notices (Dkt. No. 4999). Otherwise, defendant Franco and the government are relieved from the deadlines in the scheduling order that have not yet passed (as to defendant Franco only).

     **IT IS SO ORDERED.**

Dated: September 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE