IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE PRETRIAL MOTIONS FILED BY DEFENDANT FRANCO** |
| MANUEL FRANCO, *et al.*, | |
| Defendants. / | |

Defendant Manuel Franco's pretrial motions were previously continued to be heard at the pretrial conference applicable to his trial (Dkt. No. 3354). As defendant Franco was severed yet again and will not be participating in the October 5 pretrial conference, his motions will not be heard at the October 5 pretrial conference. Accordingly, defendant Franco's pretrial motions are **DENIED WITHOUT PREJUDICE** to re-filing of the same motions or amended motions prior to defendant Franco's pretrial conference on a date later to be determined (Dkt. Nos. 3030, 3087, 3088, 3155).

**IT IS SO ORDERED.**

Dated: October 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE