IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, et al.,<br><br>    Defendants.<br>                                                      / | No. CR 08-0730 WHA<br><br>**NOTICE RE EXPERTS FOR TRIAL OF SEVERED DEFENDANT FRANCO** |

As the parties have been previously notified, severed defendant Manuel Franco will proceed to trial very soon after the conclusion of the trial of defendants Luis Herrera and Danilo Velasquez (Dkt. No. 5074). The defendant Franco's final pretrial conference will be held within a few days of the verdict in the instant trial and defendant Franco's trial will commence within a few days of the pretrial conference.

The deadline for expert disclosures and reports by the government or defendant Franco has long since passed (Dkt. Nos. 4999, 5071, 5075). No expert testimony will be permitted for any expert opinion not timely disclosed. This includes any cell-site or mental health expert opinions or reports that have not yet been disclosed. It is not enough for a party to have generally indicated that it intends to use a particular expert or an expert on a certain subject matter.

Any motion to submit a late expert disclosure must be filed by **WEDNESDAY, NOVEMBER 16 AT NOON.** Any such motion must include a sworn declaration from counsel specifying the purported reason why counsel could not have — despite due diligence — disclosed the expert

opinion earlier.  If counsel asserts that the expert or a portion of the expert's opinion was previously disclosed, counsel shall submit a copy of any such disclosure.

**IT IS SO ORDERED.**

Dated:  October 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE