IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al.*,<br><br>  Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE FOR DEFENDANT MANUEL FRANCO** |

As previously stated, defendant Manuel Franco will proceed to trial very shortly after the current trial of defendant Danilo Velasquez (Dkt. No. 5074, 5290, 5291).  The undersigned expects the current trial to be in jury deliberations by December 12.  The final pretrial conference for defendant Franco will accordingly be held on **WEDNESDAY, DECEMBER 14 AT 1:30 P.M.**  Any pretrial motions must be filed by **NOON ON WEDNESDAY, NOVEMBER 30**.  Responses must be filed by **NOON ON WEDNESDAY, DECEMBER 7** and any replies must be filed by **NOON ON FRIDAY, DECEMBER 9**.  The trial will begin on **WEDNESDAY, JANUARY 4 AT 7:30 A.M.**

For planning purposes, the parties shall please submit an estimate of the length of the trial by **NOON ON WEDNESDAY, NOVEMBER 16** so that the undersigned may determine whether it will be necessary to clear prospective venirepersons for hardship.

Dated:  November 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE