IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MANUEL FRANCO, *et al.*,

    Defendants.
                                  /

No. CR 08-0730 WHA

**ORDER RE PRETRIAL MOTIONS**

      Any curable roadblock or obstacle to the January 4 trial — such as alleged discovery or disclosure deficiencies — must be teed up by proper motion filed by the pretrial motion deadlines established in the November 9 scheduling order (Dkt. No. 5329). Objections to alleged deficiencies brought up verbally for the first time at the pretrial conference will not be considered absent exceedingly good cause for failing to comply with the proper procedure.

      As stated long ago, all counsel are reminded that they are responsible for keeping abreast of the current trial proceedings and no continuances will be granted for counsel to obtain and read trial transcripts and exhibits, as this could have been done on a current basis (Dkt. No. 4469).

      **IT IS SO ORDERED.**

Dated: November 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE