GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green LC
155 Montgomery Street Suite 901
San Francisco CA 94104
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
gerilynngreen@gmail.com

Attorney for Defendant
MANUEL FRANCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MANUEL FRANCO,<br><br>　　　　Defendant. | Case No. 08-0730-WHA<br><br>**DEFENDANT MANUEL FRANCO'S TRIAL LENGTH ESTIMATE** |

   This Court requested that the parties estimate the length of trial for planning purposes. (Docket 5328.) Mr. Franco estimates that the length of trial will be 6-8 weeks.

DATED: November 16, 2011

　　　　　　　　　　　　　　　　LAW OFFICES OF GERI LYNN GREEN, LC


　　　　　　　　　　　　By:_____/s_____
　　　　　　　　　　　　　　GERI LYNN GREEN
　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　MANUEL FRANCO