IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCO, et al.,<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**REQUEST FOR RESPONSE RE JUROR QUESTIONNAIRES AND JUROR HARDSHIP REVIEW** |

By **TOMORROW, NOVEMBER 17 AT 5 P.M.**, counsel for the government and defendant Manuel Franco shall please advise the Court of: (1) any objections to the use of a hardship letter and questionnaire and a substantive questionnaire similar to those used in the October 24 trial (Dkt. Nos. 5060, 5176); and (2) any request to review the hardship questionnaire responses before the Court excuses venirepersons for hardship prior to *voir dire*.

**IT IS SO ORDERED**.

Dated: November 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE