IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al.*,<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING DEFENDANT FRANCO'S MOTION TO SUBMIT LATE EXPERT DISCLOSURE OF DR. AVAK ALBERT HOWSEPIAN** |

Defendant Manuel Franco moves for leave to submit a late expert disclosure for Dr. Avak Albert Howsepian (Dkt. No. 5354). The motion is **GRANTED**. Although expert disclosures were due over two months ago, defendant Franco will be given until **MONDAY, NOVEMBER 28 AT NOON** to submit a late disclosure for Dr. Howsepian (Dkt. Nos. 5291, 5329). A copy of this disclosure must be provided to the Court. No further extensions will be granted.

Any motion by the government to exclude Dr. Howsepian must be filed by **MONDAY, DECEMBER 5 AT NOON** and will be heard at the final pretrial conference. Any response must be filed by **FRIDAY, DECEMBER 9 AT NOON**. Any reply must be filed by **MONDAY, DECEMBER 12 AT NOON**. The November 30 deadline for the government to request a court-ordered mental examination is not changed by this order (Dkt. No. 5329).

**IT IS SO ORDERED.**

Dated: November 17, 2011.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE