IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEADLINES FOR MOTION TO EXCLUDE PROPOSED EXPERT RICHARD OFSHE** |
| MANUEL FRANCO, *et al*. | |
| Defendants. / | |

Any motion to exclude the proposed testimony of Richard Ofshe will be due on the same schedule established as for pretrial motions — *not* the shortened briefing schedule established for any motion to exclude Dr. Howsepian (Dkt. No. 5329). No briefing schedule is needed for any motion to exclude Dr. Carlos Flores as he will not be testifying at trial. Counsel's application for leave to file a late disclosure for Dr. Howsepian specified that the reason for late disclosure was that Dr. Flores is not available to testify (Dkt. No. 5354).

**IT IS SO ORDERED.**

Dated: November 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE