IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al.*,<br><br>    Defendants.<br>                                      / | No. CR 08-0730 WHA<br><br>**ORDER RE REQUEST TO REVIEW HARDSHIP QUESTIONNAIRES** |

In light of the request by defendant Manuel Franco to review hardship questionnaire responses, counsel will be permitted to review the hardship questionnaire responses by venirepersons claiming hardship except for those that will be excused for clear-cut excuse.* This review will be conducted as a meet and confer between the parties and the jury administrator at **10 A.M. ON DECEMBER 15** in the jury administrator's office.  Counsel are urged to make their best efforts to ensure that the expenditure of court resources on this process is not fruitless.

**IT IS SO ORDERED**.

Dated: November 18, 2011.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

---

   * The government did not submit a statement addressing whether it wished to review hardship questionnaire responses.