IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, et al.,<br><br>  Defendants. | No. CR 08-0730 WHA<br><br>**ORDER RE SUBMISSION OF REQUESTS FOR DAILY TRANSCRIPTS OR REAL TIME FOR JANUARY 4 TRIAL** |

Any request for daily transcripts or real time for the January 4 trial must be submitted to the Courtroom Services Coordinator Deborah Campbell and, if applicable, CJA, by **FRIDAY, DECEMBER 2 AT 5 P.M.**

**IT IS SO ORDERED.**

Dated: November 18, 2011.

  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE