IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al*.<br><br>    Defendants.<br>                                     / | No. CR 08-0730 WHA<br><br>**NOTICE RE STATEMENT REGARDING TRANSCRIPTS** |

      Counsel for defendant Manuel Franco has filed a notice stating that for approximately two weeks, she was not *automatically* receiving copies of the transcripts for the trial of severed co-defendant Danilo Velasquez. It is up to counsel to request and obtain trial transcripts. The recent "glitch" is not a basis to continue the January 4 trial date.

      In the future, if counsel needs a transcript or wishes to request that transcripts be automatically sent to her, she should make arrangements with the court reporter or contact the Court for assistance if the court reporter is unavailable.

Dated: November 18, 2011.

                                                      WILLIAM ALSUP<br>                                                      UNITED STATES DISTRICT JUDGE