IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING GOVERNMENT MOTION FOR COURT-ORDERED MENTAL EXAMINATION OF DEFENDANT MANUEL FRANCO** |
| MANUEL FRANCO, *et al*. | |
| Defendants. | |

The government moves for a court-ordered mental examination of defendant Manuel Franco, who has filed notice of his intent to present expert testimony on his mental condition (Dkt. No. 5458). The motion is **GRANTED**. Defendant Franco must submit to mental examination by a qualified mental examiner hired by the government.

The purpose of the examination will be to allow the government examiner to prepare an opinion regarding whether defendant Franco was suffering from a mental condition during the times of the offenses alleged in the Third Superseding Indictment. Of course, no references may be made at trial to the government examination or any statements by defendant Franco made during the examination unless and until defendant Franco introduces at trial expert testimony on his mental condition.

The following procedures will govern the examination:

(1) The government's examiner shall be given access to defendant Franco to conduct the examination at the times and dates of the examiner's choosing, subject to the

approval of the jail in which the defendant is currently housed and prior notice to defense counsel;

(2) Defense counsel may not be present in the same room during the examination, but may be present at a nearby location during the examination and defendant Franco may request to consult with defense counsel for a reasonable time during the examination if necessary;

(3) The examination will be video-recorded and made available to defense counsel as soon as possible after the evaluation;

(4) Objections by defense counsel, if any, to portions of the examination must be brought to the Court's attention within five calendar days of the examination; and

(5) Any portions of the examination determined by the undersigned to be improper will not be relied upon by the government examiner in his or her final report and opinion and the government shall not seek to introduce any such portions.

The examination must be complete prior to the January 4 trial date. To head off any unforeseen complications, the government should endeavor to commence the examination as soon as practicable.

**IT IS SO ORDERED.**

Dated: December 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE