IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al*.<br><br>    Defendants.<br>                                        / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT MANUEL FRANCO'S OBJECTIONS TO COURT-ORDERED MENTAL EXAMINATION** |

Defendant Manuel Franco has raised several objections to the court-ordered mental examination authorized in the December 1 order (Dkt. Nos. 5464, 5471). The objections are resolved as follows.

*First*, defendant Franco objects to the "undefined scope" of the mental examination. The scope of the examination is not undefined. As articulated by the December 1 order, the purpose of the examination is to allow the government examiner to prepare an opinion regarding whether defendant Franco was suffering from a mental condition during the times of the offenses alleged in the Third Superseding Indictment. The scope of the examination may extend to all subjects necessary to rebut defendant Franco's proffered expert opinion that he was not predisposed to violence and that he was suffering from mental conditions that rendered him "more vulnerable" to coercion. The parties, however, dispute whether or not inquiry into facts regarding the charged offenses is necessary for the government examiner to develop this rebuttal opinion. This matter will be heard at the December 14 pretrial conference, in conjunction with the

government's motion to preclude all testimony by Dr. Howsepian (Dkt. No. 5477). In the meantime, the undersigned recommends that examination of defendant Franco proceed as to the non-controversial aspects (e.g. psychological tests). If further examination of defendant Franco regarding crime facts is permitted, this can be done as a separate, follow-on examination after the principal examination.

*Second*, defendant Franco requests a court order authorizing him to refuse to answer questions posed by the government examiner without jeopardizing his ability to present testimony regarding his mental condition. This request is **DENIED**. Whether or not defendant Franco will face sanctions for non-compliance with the court-ordered mental examination will be determined based on the specific context of any such refusal.

*Third*, defendant Franco requests an order to the Alameda County Sheriff Department to permit him to receive a haircut and to wear civilian clothing during the examination. This request is **GRANTED**. The Alameda County Sheriff's Department is hereby ordered to allow defendant Franco to receive a haircut and to wear civilian clothing during the examination. Counsel for defendant Franco must provide the Alameda County Sheriff's Department with the civilian clothing he requests to wear during the examination.

*Fourth*, defendant Franco requests that the government be required to provide defense counsel with 72 hours notice prior to the mental examination so that she may arrange to be nearby the examination location at the time of examination. This request is **GRANTED**.

Finally, defendant Franco requests that defense counsel be permitted to be present in the same room during his examination. This request is **DENIED**. It will be sufficient for counsel to be present at a nearby location during the examination so that defendant Franco may request to consult with her for a reasonable time during the examination if necessary.

**IT IS SO ORDERED.**

Dated: December 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2