IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al*.<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER DENYING MOTION FOR CONTINUANCE OF TRIAL DATE** |

The government's motion to continue the trial date is **DENIED** (Dkt. No. 5480). The Court has its own calendaring constraints and cannot continue the trial date absent extremely good cause. Although the Court wishes AUSA Leung a speedy recovery, there is no guarantee that his back injury will be resolved after a two-week continuance.

The government must be prepared to proceed to trial as scheduled on January 4 and should staff the case as necessary. The Court notes that AUSA Owens was previously added to the case and should be able to fill in for AUSA Leung where necessary.

**IT IS SO ORDERED**.

Dated: December 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE