IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al*.<br><br>    Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE LOGISTICS FOR COURT-ORDERED MENTAL EXAMINATION OF DEFENDANT MANUEL FRANCO** |

Defendant Manuel Franco shall be examined by the government's mental examiner on **FRIDAY, DECEMBER 9** and **MONDAY, DECEMBER 12.** The examination will proceed at 9 a.m. on both days. Although this order provides 45 hours notice rather than the 72 hours notice provided for in the December 5 order, this is necessary because counsel have been quarreling over what day the examination will occur and the government examiner has been standing by. Additionally, the 72 hours notice was previously ordered solely for the purpose of allowing defense counsel to make the necessary arrangements to be nearby the examination location. 45 hours notice is more than sufficient to achieve that end.

As stated previously, the USMS must allow defendant Franco to have a haircut before the examination and permit him to wear civilian clothing during the examination. At **8 A.M. ON FRIDAY, DECEMBER 9**, defense counsel must provide the USMS with the civilian clothing to be worn so that the clothing may be inspected before being provided to defendant Franco.

**IT IS SO ORDERED.**

Dated: December 7, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE