IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al*.<br><br>    Defendants.<br>                                         / | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT MANUEL FRANCO'S "RESPONSE" TO COURT ORDER RE MENTAL EXAMINATION** |

      Counsel for defendant Manuel Franco has objected to the scheduling of defendant Franco's mental examination on the same day that replies to pretrial motions are due, arguing that such scheduling "has the effect of denying Mr. Franco his Sixth Amendment right to counsel" (Dkt. No. 5504). This assertion — not supported by any authority — is rejected. There is no right to defense counsel having a certain amount of time to prepare reply briefs unfettered by any other work obligations during that same time period.

      Defense counsel is an experienced attorney and the Court has the utmost confidence that she would be able to manage her schedule on Friday to deliver civilian clothes to the USMS, be present at a location nearby the examination location, and file her reply briefs by the deadline. Nonetheless, to assuage defense counsel's concerns, she will be given an extension to file her reply briefs for motions *in limine* 10 to 28. The deadline for these reply briefs will be extended to **MONDAY, DECEMBER 12 AT 10 A.M.** The deadline for the reply briefs to motions *in limine* 1 to 9 will remain **NOON ON FRIDAY, DECEMBER 9.** The government's deadline for its reply briefs will

remain unchanged. No tardy reply briefs will be considered.

Defense counsel's filing assumes that the Court has had *ex parte* communications with the government regarding defendant Franco's examination. This assumption is incorrect. The Court has not met with the government nor has the government submitted any *ex parte* communications regarding the examination. Today's order addressing logistics for the examination was issued in response to communication received from the USMS.

**IT IS SO ORDERED.**

Dated: December 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE