IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO, *et al*.<br><br>    Defendants.<br>                                                          / | No. CR 08-0730 WHA<br><br>**REQUEST FOR INFORMATION FROM COUNSEL AT FINAL PRETRIAL CONFERENCE** |

At the final pretrial conference, the government should be prepared to concisely state the dates it concedes defendant Manuel Franco was a government informant and the periods it contends that defendant Franco was acting outside the scope of authorized activity. In turn, counsel for defendant Franco should be prepared to state the dates defendant Franco concedes he was not an informant and the periods he concedes he was acting outside the scope of authorized activity (if any).

The government should also be prepared to state whether it seeks to introduce coconspirator statements for those periods of time in dispute. This information will assist the undersigned in determining whether an evidentiary hearing is required to determine the admissibility of coconspirator statements made during the periods in dispute.

The government should also be prepared to state at the pretrial conference whether it seeks to introduce any evidence from after the date of defendant Franco's arrest on December 22, 2008. Likewise, the government should be prepared to state whether it plans to introduce any

statements made by defendant Franco to law enforcement on September 18, 2008, September 26, 2008, and October 22, 2008.*

Dated: December 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

   * This request for information does not mean that the motion challenging statements made on those dates will be considered on the merits, as the motion is not only untimely, but is an improper *second* motion for reconsideration (Dkt. Nos. 3154, 3161, 3525). The information requested will be used solely to determine whether the motion is moot.

2