UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-730 WHA |
| v. | [PROPOSED] ORDER FOR DISCLOSURE OF MEDICAL RECORDS |
| MANUEL FRANCO, | |
| Defendant. | |

Upon consideration of the Government's Application for Disclosure of Manuel Franco's Medical Records,

IT IS HEREBY ORDERED, that

1. The Alameda County Sheriff's Office, in whose facility defendant Manuel Franco is housed, is authorized to disclose Franco's medical records to Dr. Enrique Suarez and Dr. Damarys Sanchez for the purpose of conducting a court-ordered mental evaluation of Franco.

2. The review and use of Franco's medical records shall be limited to the purpose of conducting the court-ordered mental evaluation of Franco and shall not be for any other purpose.

DATED: December __12__, 2011

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE