UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-730 WHA |
| | ) | |
| v. | ) | |
| | ) | [~~PROPOSED~~] **FURTHER ORDER FOR DISCLOSURE OF MEDICAL RECORDS** |
| MANUEL FRANCO, | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the Government's Application for Disclosure of Manuel Franco's Medical Records,

IT IS HEREBY ORDERED, that

1. The Alameda County Sheriff's Office, in whose facility defendant Manuel Franco is housed, and the Martin Count Sheriff's Office, in whose facility Franco had been housed previously, are authorized and ordered to disclose Franco's medical and mental health records to Dr. Enrique Suarez and Dr. Damarys Sanchez for the purpose of conducting a court-ordered mental evaluation of Franco.

2. In addition, Corizon Health, Inc., a private contractor providing medical and mental health services for the Alameda County Sheriff's Office, and any other private contractor

1  providing medical and mental health services for the Alameda County Sheriff's Office and the
2  Marin County Sheriff's Office, and any other party that has possession of any medical and mental
3  health records relating to Franco, are also authorized and ordered to disclose Franco's medical
4  and mental health records to Dr. Enrique Suarez and Dr. Damarys Sanchez for the purpose of
5  conducting a court-ordered mental evaluation of Franco.

6       3.    The review and use of Franco's medical records and mental health records shall
7  be limited to the purpose of conducting the court-ordered mental evaluation of Franco and shall
8  not be for any other purpose.

9  DATED: December __13__, 2011



11  HON. WILLIAM ALSUP
12  UNITED STATES DISTRICT JUDGE