MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
DEREK R. OWENS (CABN 230237)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758/6959
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S3-CR-08-0730-WHA |
| v. | DECLARATION OF SPECIAL AGENT BRIAN L. GINN IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* |
| MANUEL FRANCO, | |
| Defendant. | |

I, Brian L. Ginn, hereby declare and state the following:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (formerly known as Immigration and Customs Enforcement). I have been a Special Agent for approximately seven years.

2. On or about October 22, 2008, I participated in the arrest of Manuel Franco. Following Franco's arrest, I advised him of his Miranda rights, confirmed that he understood them, and asked if he would be willing to waive those rights and answer questions. Franco, after confirming that he understood his Miranda rights, agreed to waive them both orally and in

1 | writing.  Thereafter, Special Agent Sandra Flores of the Federal Bureau of Investigation and I
2 | interviewed Franco.  I recorded this interview.

3. During the October 22, 2008 interview, and during my prior pre-arrest interviews with Franco on or about September 18, 2008, and September 26, 2008, neither I nor any other law enforcement officer threatened Franco or his family.  Likewise, neither I nor any other law enforcement officer made any promise of immunity to him.  During my interviews with Franco, I advised him that I was making no promises to him and that any statements he made to other law enforcement officers and me were voluntary on his part.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 14, 2011

                                         /s/
                                  BRIAN L. GINN