UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-730 WHA |
| v. | ~~[PROPOSED]~~ ORDER FOR DISCLOSURE OF SCHOOL RECORDS |
| MANUEL FRANCO, | |
| Defendant. | |

Upon consideration of the Government's Application for Disclosure of Manuel Franco's School Records,

IT IS HEREBY ORDERED, that

1. The San Francisco Unified School District, and any private contractor who may have custody of school records relating to Manuel Franco (DOB: 09-15-1985), are authorized and ordered to disclose Franco's school records to Dr. Enrique Suarez and Dr. Damarys Sanchez, through the United States Attorney's Office for the Northern District of California, for the purpose of conducting a court-ordered mental evaluation of Franco.

//

2. The review and use of Franco's school records shall be limited to the purpose of conducting the court-ordered mental evaluation of Franco and shall not be for any other purpose.

DATED: December __14__, 2011

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE