IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>    Defendant.<br>_____ / | No. CR 08-0730 WHA<br><br>**NOTICE RE COURT AVAILABILITY AND RULE 11(c)(1)(C) PLEAS** |

The parties are hereby notified that the undersigned will be unavailable from **FRIDAY, DECEMBER 23** through **TUESDAY, JANUARY 3.**

The parties are also notified that once prospective jurors are brought into the building for *voir dire* on **WEDNESDAY, JANUARY 4**, the undersigned will no longer accept a guilty plea pursuant to Rule 11(c)(1)(C). Of course, defendant Franco may choose to enter an open plea at any time, including after the jury is sworn.

Dated: December 19, 2011.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE