IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL FRANCO, *et al*.<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER SETTING HEARING FOR GOVERNMENT'S MOTION TO EXCLUDE DR. HOWSEPIAN** |

　　　　The government has moved to exclude testimony by defendant Manuel Franco's proposed expert Dr. Howsepian due to defendant Franco's refusal to answer questions during his mental examination (Dkt. No. 5563). The motion will be heard on **THURSDAY, DECEMBER 22 AT 10 A.M.** Any response to the motion by defendant Franco must be filed by **WEDNESDAY, DECEMBER 21 AT 5 P.M.**

　　　　**IT IS SO ORDERED**.

Dated: December 20, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE