IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FRANCO.<br><br>Defendant.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT MOTION TO EXCLUDE DR. AVAK ALBERT HOWSEPIAN UNDER FRCrP 12.2(d)** |

As stated at today's hearing, the government is to submit a declaration from Dr. Suarez specifying whether defendant Manuel Franco's refusal to answer certain questions during his court-ordered mental examination frustrated Dr. Suarez's ability to offer a rebuttal opinion *for those opinions that the Court is allowing Dr. Howsepian to testify to* (*see* Dkt. No. 5565 at 20). If so, Dr. Suarez's declaration should identify which refusals frustrated his ability to form his rebuttal opinion and explain why. This declaration must be submitted by **NOON ON DECEMBER 30**. Any response by defendant Franco to this declaration must be submitted by **NOON ON JANUARY 2**.[*]

Depending on these submissions, the undersigned will either rule on the papers or will hold an evidentiary hearing with Dr. Howsepian, outside the presence of the jury. In the interim, counsel may not mention Dr. Howsepian, his report, his diagnoses, or his opinions in the presence of the jury without prior court approval.

Dated: December 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[*] Although the Court stated at the hearing that counsel would be given 48 hours to respond, this order extends the response deadline to take into account New Year's Day.