1
2
3
4

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>     v.<br><br>MANUEL FRANCO,<br><br>              Defendant. | No. CR 08-0730 WHA<br><br>[Proposed] ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

    IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Testificandum issue, commanding the Warden of Folsom State Prison, P.O. Box 910, Represa, California, 95671, to produce the person of Toti Anamani (CDCR # AC1176) to appear before this Court, Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102, on **January 16, 2012, at 7:30 a.m.**, to testify on that date and thereafter as advised by the Court until the completion of his testimony at trial, as ordered by the Court and under the custody of the United States Marshal.

    ~~IT IS FURTHER ORDERED that the Clerk of Court serve a courtesy copy of this order and Writ of Habeas Corpus Ad Testificandum on the Warden of Folsom State Prison, P.O. Box 910, Represa, California, 95671.~~  It is counsel's responsibility to serve this order on the appropriate parties.

DATED: December 22, 2011

_____
**WILLIAM H. ALSUP**
**United States District Judge**