MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
DEREK R. OWENS (CABN 230237)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/6959
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. S3-CR-08-0730-WHA |
|---|---|---|
| v. | ) | |
| MANUEL FRANCO, | ) | GOVERNMENT'S SUPPLEMENTAL INFORMATION REGARDING CO-CONSPIRATOR STATEMENT #228 |
| Defendant. | ) | |

    The Government respectfully submits this response to the Court's order of December 21, 2011 (Docket #5565), requiring supplemental information regarding co-conspirator statement #228 of the Government's November 22, 2011 co-conspirator summary table.

    The declarant of statement #228 was Juan Carcamo, an MS-13 member known by the moniker "Coyote," who was also the brother of convicted MS-13 members Marvin Carcamo and Aristides Carcamo. The witness, Yesenia Perez, is expected to testify that Juan Carcamo called her sometime in the latter half of 2009 and asked if she wanted him to say anything to her husband's family in Guatemala. Perez's husband at one point was cooperating witness Carlos Garrido, so she interpreted Juan Carcamo's statement to be a threat, i.e., Juan Carcamo telling

her that he could reach Garrido's family in Guatemala. Juan Carcamo's statement was made in furtherance of MS-13's rule requiring retribution against those who cooperate against the gang and against cooperators' family.

     In addition, as the Court noted, statement #228 should be the last entry of the co-conspirator statement summary table. The partial entry following statement #228 (construed by the defense as #229) is a typographical error.

Dated: December 23, 2011

                                          Respectfully submitted

                                          MELINDA HAAG
                                          United States Attorney

                                 By:   /s/
                                          W.S. Wilson Leung
                                          Derek R. Owens
                                          Assistant United States Attorneys