MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
DEREK R. OWENS (CABN 230237)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/6959
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    v. ) <br> ) <br> ) <br> MANUEL FRANCO, ) <br> ) <br>    Defendant. ) <br>  ) | No. S3-CR-08-0730-WHA <br><br> GOVERNMENT'S PROPOSED <br> SUMMARY OF THE CHARGES |

     The Government respectfully submits this proposed summary of the charges against the defendant Manuel Franco. Unfortunately, although the Court ordered the parties to submit a proposed summary, the parties have been unable to agree. Among other things, the defendant insists that certain overt acts be read as part of the racketeering conspiracy charged in Count One. This demand, however, is legally incorrect because there is no overt act requirement for Count One. See Salinas v. United States, 522 U.S. 52, 63 (1997). Racketeering conspiracy is separate from and goes beyond any particular overt acts. Thus, reading the overt acts as if they were part of the statutory elements of the racketeering conspiracy charge would merely confuse, if not mislead, the jurors.

Instead, the Government would respectfully suggest the following summary of the four relevant charges:

> The defendant is charged with committing four crimes.
>
> Count One charges him with conspiring — that is, agreeing — to participate in the conduct of the affairs of an enterprise — in this case, *La Mara Salvatrucha*, also known as the MS-13 gang — through a pattern of racketeering.
>
> Count Two charges him with conspiring to commit murder in order to gain entrance to, or to maintain or increase his position in, MS–13.
>
> Count Three charges him with conspiring to commit assault with a dangerous weapon in order to gain entrance to, or to maintain or increase his position in, MS–13.
>
> Count Four charges him with using or possessing a firearm in relation to or in furtherance of any one of the three MS-13 related conspiracies charged in Counts One, Two, and Three.

Dated: December 28, 2011

                                    Respectfully submitted

                                    MELINDA HAAG
                                    United States Attorney

                          By:  /s/
                                    W.S. Wilson Leung
                                    Derek R. Owens
                                    Assistant United States Attorneys