GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, CA 94104
Tel: (415) 982-2600
Fax: (415) 358-4562
gerilynngreen@gmail.com
greenlaw700@gmail.com

Attorney for Defendant
MANUEL FRANCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>MANUEL FRANCO,<br><br>  Defendant. | No. CR 08-0730 WHA<br><br>**DEFENDANT MANUEL FRANCO'S NOTICE REGARDING STIPULATION OF PROPOSED LANGUAGE FOR THE STATEMENT OF THE CASE AND THE INDICTMENT SUMMARY AND POTENTIAL JUROR STIPULATIONS**<br><br>Dept: Hon. William Alsup |
|---|---|

On December 27, 2011, Defendant Manuel Franco proposed an outline of the charges filed against him in the Third Superseding Indictment to the Government. The Government rejected Mr. Franco's proposal and failed to propose an alternative. Accordingly, Mr. Franco requests that the Court read Counts One through Four of the Third Superseding Indictment to the jury. It seems appropriate that only Counts One through Four be read, as the remainder of the indictment is wholly irrelevant to the instant proceedings.

Mr. Franco also proposed that the Court read essentially the same summary read to the jury before *voir dire* during the October 2011 trial. See Reporter's Transcript of October 31, 2011, Volume 5, pp. 20-23. However, the Government has failed to respond. Accordingly, the Mr. Franco requests that the court read essentially the summary read to the jury during the October 31, 2011 hearing in the trial of the severed co-conspirators.

Mr. Franco also proposed 49 potential jurors that he would stipulate to removing from the pool.

The government has indicated that it would stipulate to remove three.  The stipulation will be filed in a separate filing.

                                      Respectfully submitted,

DATED: December 28, 2011

                                LAW OFFICES OF GERI LYNN GREEN, LC

                                By:_____/s/_____
                                    GERI LYNN GREEN
                                    Attorney for Defendant
                                    MANUEL FRANCO