UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> IVAN CERNA, et al., </br></br> Defendants. | No. S3-CR-08-0730-WHA </br></br> [PROPOSED] ORDER AUTHORIZING FURTHER DISSEMINATION OF PROTECTED MATERIAL |

IT IS HEREBY FOUND THAT:

1. Certain documentary material in the above-captioned federal case may be needed in the state criminal prosecution of <u>People</u> v. <u>Rony Aguilera and Marlon Rivera</u>, which is currently pending in San Francisco County Superior Court (#100009917 and #10010167, respectively).

2. General dissemination of the documentary material, however, may increase the risk of exposing certain individuals to threats of retaliation and actual retaliation. In addition, certain information contained in the documentary material, such as dates of birth and Social Security Numbers, may, if subject to general dissemination, risk abuse.

//

ACCORDINGLY, PURSUANT TO 28 U.S.C. § 1651, AS WELL AS THIS COURT'S INHERENT AUTHORITY, IT IS HEREBY ORDERED THAT:

3. Material relating to the above-captioned matter marked "Protected Material" may be produced to the San Francisco District Attorney's Office and counsel of record for Rony Aguilera and Marlon Rivera — including individuals in the employment of counsel of record for Aguilera and Rivera — but use and possession shall be subject to the following limitations:

    A. Protected Material shall be provided to the San Francisco District Attorney's Office and counsel of record for Rony Aguilera and Marlon Rivera (collectively, the "Recipients") only for use in preparing for the above-referenced trial of Aguilera and Rivera in San Francisco County Superior Court. Protected Material may not be used for any other matter or purpose.

    B. Protected Material may not be provided to or possessed by anyone other than the Recipients, with the exception of any Protected Material that is made part of the public state court record. The Recipients shall be responsible for ensuring that any Protected Material is not distributed to or possessed by any others.

    C. Upon completion of the trial of Aguilera and Rivera, the Protected Material and all copies of the Protected Material shall be returned to the San Francisco District Attorney's Office, which shall secure and preserve any Protected Material needed for any appeal.

    D. Prior to receiving any Protected Material, the Recipients shall sign and date a copy of this Order to confirm his/her/its understanding of this Order's terms and return the signed and dated Order to the United States Attorney's Office for the Northern District of California at 450 Golden Gate Avenue, 11th Floor, San Francisco, California, 94102.

//

IT IS SO ORDERED.

DATED: January 3, 2012.

_____
HON. WILLIAM ALSUP
United States District Judge