IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>    Defendant.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR SFPD MOTION TO QUASH SUBPOENA OF RONNIE WAGNER** |

The SFPD has filed a motion to modify or quash the subpoena of SFPD Legal Division Attorney Ronnie M. Wagner (Dkt. No. 5601). Any response by defendant Franco must be filed by **MONDAY, JANUARY 9 AT 5 P.M.** Prior to filing a response, however, counsel for defendant Franco must first meet and confer with Attorney Wagner to see if a resolution regarding the subpoena can be achieved without court intervention. The response (if any) should include a description of the results of this conference.

Any reply by the SFPD must be filed by **WEDNESDAY, JANUARY 11 AT 5 P.M.** The motion will be heard on **FRIDAY, JANUARY 13 AT 7:30 A.M.**, as noticed by the SFPD.

**IT IS SO ORDERED**.

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE