IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>    Defendant.<br>———————————————————/ | No. CR 08-0730 WHA<br><br>**ORDER RE SUBMISSION OF PROPOSED JURY INSTRUCTIONS** |

Each side must submit its proposed jury instructions by **5 P.M. ON FRIDAY, JANUARY 13**. If it is requested that an instruction from the October 24 trial be given in the instant trial, it shall be sufficient to identify the requested instruction by its number (*see* Dkt. No. 5414).

If applicable, the proposed jury instructions must be accompanied by a brief memorandum that provides the legal basis for any requested instruction that: (1) is substantively different than an instruction given for the October 24 trial; or (2) was not given for the October 24 trial.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE