IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>    Defendant..<br>_____/ | No. CR 08-0730 WHA<br><br>**NOTICE RE JURY SELECTION** |

      Jury selection shall proceed in the same manner as for the October 24 trial.

      Starting on **JANUARY 4 AT 7:30 A.M.,** counsel and defendants shall be present for jury selection. A panel of approximately 65 unexcused prospective jurors with completed questionnaires shall be called in on a randomly-chosen basis, sworn, and examined. They shall be asked group and individual questions by the Court, to be followed by supplemental voir dire by counsel.

      Hardship issues will inevitably arise again, even as to those who earlier indicated they could serve. The goal will be to qualify 36 prospective jurors for cause on this first day. If additional days are needed, however, voir dire will extend past this first day.

      After 36 prospective jurors are cleared for cause, all 36 will be subject to peremptory challenges. As previously stated, each side will have the number of peremptories provided for by FRCrP 24(b)(2) as no additional peremptories were requested (ten for the defense, six for the government). Exercise of the peremptories will be conducted in the standard two versus

one sequence. After all of the challenges for the main jury are exhausted or waived, the 12 with the lowest seat numbers will be the main jury. A pass counts as a challenge. Two consecutive passes by both sides waives all further peremptories.

After the main jury is known, the process will continue as to alternates. Four alternates shall be selected. The government and the defense shall each have two peremptory challenges for alternates, as provided for by FRCrP 24(b)(4)(C). After all alternate challenges are used or waived, then the four with the lowest numbers will be the alternates, who shall have priority for substitution into the main jury in accordance with their seat numbers during the selection process.

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE