IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>    Defendant.<br>                                       / | No. CR 08-0730 WHA<br><br>**ORDER ADOPTING PARTIES' STIPULATIONS TO STRIKE CERTAIN VENIREPERSONS FOR CAUSE** |

The parties have stipulated to strike three venirepersons for cause based on their substantive questionnaire responses. The Court adopts the parties' stipulation and excuses from service those venirepersons listed in the stipulation. As the stipulation contains the names of prospective venirepersons, it shall be filed under seal.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE