IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>  Defendant.<br>                                                               / | No. CR 08-0730 WHA<br><br>**ORDER RE SUPPLEMENTAL RESPONSE BY DEFENDANT FRANCO TO BE SUBMITTED UNDER SEAL ON JANUARY 6** |

During today's proceedings, the Court granted defendant Franco's request to submit his supplemental response to the government's motion to quash his subpoenas to FBI and ICE agents under seal. The deadline for the response was previously set as **5 P.M. ON FRIDAY, JANUARY 6.** Because the response will now be submitted under seal, however, it must be submitted to the Clerk's Office before it closes at **4 P.M.**

Counsel shall also bring a courtesy copy to the proceedings tomorrow, if possible. Otherwise, counsel should submit a courtesy copy directly to chambers at the same time the response is submitted to the Clerk's Office.

**IT IS SO ORDERED.**

Dated: January 5, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE