United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE IMPROPER SUBMISSIONS TO COURT** |
| MANUEL FRANCO, | |
| Defendant. / | |

Defendant Manuel Franco's submission handed to the Courtroom Deputy immediately prior to the January 17 morning proceedings has not been filed. Nor have any submissions e-mailed to the Courtroom Deputy over the weekend been filed. Counsel is reminded that e-mailing or handing a document to the Courtroom Deputy is not a substitute for filing a document via the proper procedure and the undersigned will not review such submissions. Counsel is also reminded that *ex parte*, under seal submissions are to be the exception and not the rule. Any request to submit a document *ex parte* and under seal must be brought by proper motion and no document will be filed *ex parte* and under seal unless a court order authorizes such filing.

**IT IS SO ORDERED.**

Dated: January 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE