IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>    Defendant.<br>                                              / | No. CR 08-0730 WHA<br><br>**REQUEST FOR RESPONSE BY PARTIES RE REQUEST TO RELEASE EXHIBIT COPIES TO DEPUTY CITY ATTORNEY** |

Appended hereto is a copy of electronic correspondence received by the Courtroom Deputy. By **WEDNESDAY, JANUARY 18 AT 5 P.M.**, the parties shall advise the undersigned if they object to copies of exhibits 3001 to 3009 being provided to Deputy City Attorney Sean Connolly.

Dated: January 17, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

 **USA v. Manuel Franco USDC No. 08-cr-0730-20**
Anita Murdock   to: Dawn_Toland                                01/12/2012 03:52 PM

Dawn:

I left you a voicemail message and am following up on it. Deputy City Attorney Sean Connolly would like to obtain copies of Exhibits 3001-3009 that were admitted into evidence at trial yesterday and today and Kathy Wyatt said I should ask you about the best way of obtaining them.

Thank you for any guidance you may have.

Anita Murdock
Legal Secretary - Litigation Team
Office of the City Attorney
Fox Plaza, 1390 Market Street, 6th Floor

San Francisco, CA 94102

anita.murdock@sfgov.org

(415) 554-3983 (v)

(415) 554-3837 (f)