IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO.<br><br>    Defendant.. | No. CR 08-0730 WHA<br><br>**ORDER ALLOWING SEALED FILING OF DEFENDANT MANUEL FRANCO'S *EX PARTE* TRIAL MEMORANDUM RE THE NECESSARY SCOPE OF CROSS-EXAMINATION OF AGENT FLORES** |

Defendant Manuel Franco's request to file under seal and *ex parte* his trial memorandum regarding the necessary scope of cross-examination of Agent Flores is **GRANTED**. It should be noted, however, that the memorandum is moot for the time being as the remainder of defendant Franco's examination of Agent Flores was reserved for when she is re-called in defendant Franco's case-in-chief (Jan. 17 Tr. 1810, 1813–18).

If and when the issue the issue comes back to life, the undersigned will rule on whether the memorandum may remain *ex parte* as it may be necessary for the government to see the submission at that time.

**IT IS SO ORDERED**.

Dated: January 19, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE