RONNIE M. WAGNER State Bar #221461
SFPD Legal Division Attorney
San Francisco Police Department
850 Bryant Street, Room 575
San Francisco, California  94103
Telephone:      (415) 553-1147
Facsimile:      (415) 553-1999
E-Mail:         Ronnie.wagner@sfgov.org

Attorney for

SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 08 0730 WHA |
| Plaintiff, | SAN FRANCISCO POLICE DEPARTMENT'S NOTICE OF MOTION AND MOTION TO RE-SEAL DECLARATION PREVIOUSLY FILED UNDER SEAL |
| v. | |
| CERNA, et al, | |
| MANUEL FRANCO, | Date: January 24, 2012<br>Time: 11:00 a.m. |
| Defendant. | Court: Hon. William H. Alsup, Courtroom 9 |

TO: DEFENDANT MANUEL FRANCO AND HIS COUNSEL OF RECORD:

Defendant improperly attached a Declaration filed under seal as Exhibit D attached to his

Opposition to SFPD's Motion to Modify or Quash Subpoena, dated January 13, 2012.

PLEASE TAKE NOTICE THAT on January 24, 2012 at 11:00 a.m. or as soon thereafter as this

matter may be heard, the San Francisco Police Department will move this Court to re-seal the

Declaration previously filed under seal by SFPD Legal Division attorney, Ronnie M. Wagner #6672.

1

SFPD will further request the Court direct defendant not to file publicly any other SFPD documents previously filed under seal.

DATED:   January 23, 2012                                              Respectfully Submitted,


_____/s/_____
RONNIE M. WAGNER
San Francisco Police Department

2