IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER PERMITTING DEPUTY CITY ATTORNEY TO OBTAIN COPIES OF EXHIBITS 3001 TO 3009** |
| MANUEL FRANCO, | |
| Defendant. | |

Deputy City Attorney Sean Connolly — or a member of his staff — may copy exhibits 3001 to 3009. The copies must be made on or before **MONDAY, JANUARY 30**. To schedule a time to make copies of the exhibits, Attorney Connolly must contact Courtroom Deputy Dawn Toland at 415-522-2020. The City Attorney's Office will be responsible for all copying costs.

The copies of the exhibits may only be used to litigate *Row v. CCSF, et al.*, Case No. CV-10-4768 and for no other purpose. Dissemination and possession of the exhibit copies should be limited accordingly.

**IT IS SO ORDERED.**

Dated: January 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE