**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,              No. CR 08-0730 WHA
11            Plaintiff,
12                                          **ORDER DENYING DEFENDANT**
     v.                                     **FRANCO'S REQUEST TO USE**
13                                          **DEFENDANT FLORES' ORIGINAL**
     MANUEL FRANCO,                         **EXHIBITS FROM APRIL 4 TRIAL**
14
            Defendant.
15   _____/
16          Defendant Manuel Franco requests to be able to use certain original exhibits from the
17   April 4 trial (Dkt. No. 5694).  The request is **DENIED**.  The exhibits defendant Franco seeks to
18   remove from the Clerk's Office and use for his case were introduced into evidence by defendant
19   Moris Flores during the April 4 trial and defendant Flores objects to the removal of his exhibits
20   from the custody of the Clerk of the Court while his case is on appeal (Dkt. No. 5702).
21          The undersigned's staff, however, will make copies of the requested exhibits and provide
22   them to defense counsel tomorrow morning at **7:30 A.M.**
23
24          **IT IS SO ORDERED.**
25
26   Dated:  January 25, 2012.                    _____
27                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
28