IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO,<br><br>   Defendant.<br> _____ / | No. CR 08-0730 WHA<br><br>**ORDER SETTING DEADLINE FOR RULE 29 BRIEFING REQUESTED BY DEFENDANT FRANCO** |

After defendant Manuel Franco's Rule 29 motion was denied, defense counsel expressed a desire to submit briefing on the issue (Jan. 25 Tr. 2746).* If the defense still wishes to submit briefing, any such submission must be filed by **MONDAY, JANUARY 30 AT 5 P.M.** Any response by the government must be submitted by **WEDNESDAY, FEBRUARY 1 AT 5 P.M.**

**IT IS SO ORDERED.**

Dated: January 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

   * The motion was deemed timely although it was not made until the defense case-in-chief had already commenced the day prior (Jan. 24 Tr. 2715; Jan. 25 Tr. 2746).