IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MANUEL FRANCO,

    Defendant.
                              /

No. CR 08-0730 WHA

**ORDER RESCHEDULING CHARGING CONFERENCE**

Due to Attorney Green's illness, the charging conference is rescheduled to **TUESDAY, JANUARY 31**. The jurors will be excused early at **12:30 P.M.** and the charging conference will proceed immediately thereafter.

The undersigned is in receipt of defendant Manuel Franco's requested changes to the proposed charge (Dkt. No. 5722). Any written response by the government must be submitted by **MONDAY, JANUARY 30 AT NOON**, although no written response is required. As stated in the January 24 admonition to counsel, all parties are required to raise *at the charging conference* any requests for addition, subtractions, modifications, or other objections and proposals directed at the proposed jury instructions and special verdict form (Dkt. No. 5699 at 2). Written submissions will not serve as a substitute to verbally raising requests at the charging conference.

**IT IS SO ORDERED.**

Dated: January 27, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE