UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>MANUEL FRANCO,<br><br>　　　　Defendant. | Case No. 08-0730-WHA<br><br>[PROPOSED] ORDER POSTPONING PROCEEDINGS |

　　　IT IS HEREBY ORDERED that based on defense counsel's unavailability, the jury trial and all proceedings in the above-captioned matter are postponed until Wednesday February 01, 2012.

**IT IS SO ORDERED.**

　　　January 30, 2012.
DATED:_____, 2011

_____
THE HONORABLE WILLIAM ALSUP
United States District Court Judge