IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO,<br><br>    Defendant.<br>                                                              / | No. CR 08-0730 WHA<br><br>**ORDER RESCHEDULING<br>CHARGING CONFERENCE** |

Due to Attorney Green's illness, the charging conference is rescheduled to **WEDNESDAY, FEBRUARY 1**. The jurors will be excused early at **12:30 P.M.** and the charging conference will proceed immediately thereafter.

**IT IS SO ORDERED.**

Dated:  January 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE