IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE ANY FURTHER REQUESTS TO CONTINUE TRIAL PROCEEDINGS** |
| MANUEL FRANCO, | |
| Defendant. / | |

Trial proceedings will re-commence **TOMORROW AT 7:30 A.M.** No further continuance requests due to attorney illness will be considered absent the submission of a clear-cut, particularized statement by a treating physician.

**IT IS SO ORDERED.**

Dated: January 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE