1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

MANUEL FRANCO,

          Defendant.

_____/

No. CR 08-0730 WHA

**ORDER DENYING RULE 29 MOTION**

    After defendant Manuel Franco's oral Rule 29 motion for a judgment of acquittal was denied, defense counsel expressed a desire to submit briefing on the motion (Jan. 25 Tr. 2746). Although the motion had already been denied, counsel's request to submit briefing was granted (Dkt. No. 5723). Briefing is now complete (Dkt. Nos. 5732, 5733). Defendant Manuel Franco's written Rule 29 motion for a judgment of acquittal is **DENIED**.

    *First*, viewing the evidence presented to the jury in the light most favorable to the prosecution, a rational trier of fact could find each of the essential elements of Counts One, Two, Three, and Four have been proven beyond a reasonable doubt. *See Jackson v. Virginia*, 443 U.S. 307, 319 (1979); *United States v. Rizk*, 660 F.3d 1125, 1134 (9th Cir. 2011). There is accordingly no occasion to take the case from the jury.

    *Second*, there has been no variance between the indictment and the government's proof for Count Four. The instances of firearms possession presented by the government in its case-in-chief fall under the conduct charged by the grand jury in Count Four and defendant Franco has

had ample notice of these instances of firearms possession (*see* Dkt. No. 5565 at 13).  Defendant

Franco's Fifth and Sixth Amendment rights have not been violated and a judgment of acquittal is

not warranted.

      **IT IS SO ORDERED**.

Dated:  January 31, 2012.



_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

2