IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO,<br><br>Defendant.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER DENYING WITHOUT PREJUDICE SFPD MOTION TO RESEAL DOCUMENT** |

The SFPD has moved to reseal a declaration by SFPD legal counsel Ronnie Wagner that was filed publicly by Attorney Geri Green as an exhibit (Dkt. No. 5688). The SFPD's motion to reseal is **DENIED WITHOUT PREJUDICE** to a more detailed sealing application that articulates why the declaration should be sealed. The declaration was originally filed under seal because it was responsive to an *ex parte* and under seal subpoena application filed by Attorney Green. Although Attorney Green should not have filed a sealed declaration on the public docket, there no longer appears to be a need for the declaration to remain under seal. In the future, however, all parties must refrain from filing sealed material on the public docket without first obtaining leave to do so.

**IT IS SO ORDERED.**

Dated: February 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE