IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO,<br><br>    Defendant.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER DENYING SFPD'S SECOND MOTION TO RESEAL DOCUMENT** |

The SFPD has moved to reseal a declaration by SFPD legal counsel Ronnie Wagner that was filed publicly by Attorney Geri Green as an exhibit (Dkt. No. 5756). The SFPD's motion to reseal is **DENIED**. The motion does not identify a proper basis to reseal the document. Even assuming the material contained in the declaration was protected by the attorney work-product doctrine and/or the attorney-client privilege (an issue not decided by this order), any such privilege was waived when the declaration was provided to defense counsel.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE