IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANUEL FRANCO,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER RE CONFERENCE BETWEEN COUNSEL RE TIME SERVED BY DEFENDANT FRANCO** |

　　　　As the maximum sentence that defendant Manuel Franco is eligible to receive under 18 U.S.C. 1959(a)(6) for Count Three is three years, counsel will please meet and confer to determine how long defendant Franco has already been in custody in the above-captioned matter. If defendant Franco has already served three years, the parties shall file any motion or stipulation for expedited sentencing as soon as possible but no later than **TUESDAY, FEBRUARY 21 AT NOON**.

　　　　**IT IS SO ORDERED.**

Dated: February 16, 2012.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE