IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO,<br><br>    Defendant.<br>                                     / | No. CR 08-0730 WHA<br><br>**ORDER RE DEADLINES FOR ANY POST-TRIAL MOTION** |

As previously stated, any post-trial motion by defendant Manuel Franco must be filed in accordance with the federal rules.  This means any post-trial motion must be filed by **1:00 P.M. ON THURSDAY, MARCH 1.**  No late submissions will be accepted.

If a post-trial motion is filed, the government will have **7 CALENDAR DAYS** to file a response.  No reply by defendant Franco is required but if one is submitted, it must be filed within **2 CALENDAR DAYS** of the response.  The parties will be notified if a hearing is necessary.

There does not appear a need for sealed filing, but if a party wishes to request sealed filing of any material, a detailed sealing application and proposed sealing order must be submitted.

**IT IS SO ORDERED.**

Dated: February 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE