IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL FRANCO,

    Defendant.

No. CR 08-0730 WHA

**ORDER RE USE OF PROTECTED MATERIAL IN DEFENDANT FRANCO'S CIVIL CASE**

Certain protected material produced to defendant Manuel Franco in the above-captioned matter may be needed in the civil case filed by defendant Franco, case number CV-10-4768. Public dissemination of the protected material, however, may increase the risk of exposing certain individuals to harassment and retaliation. Accordingly, it is hereby ordered that protected material — as defined by the order entered on October 18, 2010 — may be produced by defendant Franco to the defendants in the civil action and may be used by the parties in the civil action, subject to the following:

1. Protected material shall only be used for the above-referenced civil case. Protected material may not be used for any other matter or purpose.

2. Protected material may not be provided to or possessed by anyone other than the parties in the civil case, with the exception of any protected material that is made part of the public record. The parties are responsible for ensuring that protected material is not distributed to or possessed by any others.

3. Upon conclusion of the civil case, the protected material and all copies of the protected material shall be returned to the United States Attorney's Office, which shall secure and preserve any protected material needed for any appeal.

4. Prior to receiving any protected material, the parties shall sign and date a copy of this order to confirm his/her/its understanding of this order's terms and return the signed and dated order to the United States Attorney's Office for the Northern District of California at 450 Golden Gate Avenue, 11th Floor, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: February 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE