IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL FRANCO,<br><br>  Defendant.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE GOVERNMENT RESPONSE TO DEFENDANT MANUEL FRANCO'S MOTION LODGED ON FEBRUARY 24** |

On February 24, defendant Manuel Franco lodged with the Clerk's Office a motion to file certain portions of the trial transcript and minutes under seal. By **NOON ON WEDNESDAY, FEBRUARY 29**, the government shall please file a response to the motion.

Defendant Franco's motion was *lodged* but has not yet been filed, as no sealing application or proposed sealing order was submitted with the motion. To avoid the unnecessary expenditure of further resources, however, this order permits sealed filing of the motion, as well as any response filed by the government. In the future, defendant Franco shall please follow the proper procedure for sealed filings.

**IT IS SO ORDERED.**

Dated: February 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE