IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MANUEL FRANCO,

    Defendant.
                         /

No. CR 08-0730 WHA

**ORDER RE DEFENDANT FRANCO'S REQUEST TO SEAL OR REDACT TRIAL TRANSCRIPT AND MINUTES**

Defendant Manuel Franco's motion to seal or redact certain portions of the February 26 trial transcript and minutes is **GRANTED IN PART AND DENIED IN PART**. Out of an abundance of caution, the following proposed redactions on the following pages and lines of the February 26 transcript will be adopted:

- Page 2947, lines 3, 4;
- Page 2955, line 22;
- Page 2959, lines 21, 22, 23, 24, 25;
- Page 2960 lines 2, 4, 20;
- Page 2961, lines 7, 14, 15;
- Page 2963, line 16;
- Page 2967, lines 2, 3;
- Page 2985, line 19;
- Page 2990, line 20;
- Page 2991, line 8, 9, 10;

- Page 2997, line 2;
- Page 2998, line 8;
- Page 3048, lines 22, 23; and
- Page 3049, lines 15, 16, 17.

The Clerk's Office must ensure that only the redacted version of the transcript is available to the public. The unredacted version of the transcript shall be filed under seal.

The motion, however, does not articulate a sufficient basis to adopt any of the other proposed redactions. It also bears noting that the information now sought to be removed from the public record by defendant Franco was elicited by defense counsel in public proceedings.

**IT IS SO ORDERED.**

Dated: March 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2