GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN AND GREEN, LLC
22 Battery Street Suite 888
San Francisco, CA 94110
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com

Attorney for Defendant/Appellant
MANUEL FRANCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>   v.<br><br>MANUEL FRANCO,<br><br>           Defendant. | No. CR 08-0730 WHA<br><br>**REVISED STIPULATION AND [~~PROPOSED~~] ORDER FOR RELEASE OF SEALED DOCUMENTS TO APPELLATE COUNSEL**<br><br>The Hon. William H. Alsup |

Defendant/Appellant Manuel Franco, through his counsel, requests the Court ratify the [Proposed] ORDER, which is identical to the order that binds his co-defendants at Docket 5880, so that Mr. Franco may similarly have access to review and copy all sealed documents filed, and all sealed transcripts of proceedings, in this matter ("the documents") in order to perfect the record and provide effective assistance of counsel on appeal.

The government consents and stipulates to the below [Proposed] ORDER.

Respectfully submitted,

DATED: November 21, 2014

                         LAW OFFICES OF GREEN AND GREEN LLC

                         By:_____/s/_____
                         GERI LYNN GREEN
                         Attorney for Defendant/Appellant MANUEL FRANCO

DATED: November 21, 2014

                         MELINDA HAAG
                         United States Attorney
                         Northern District of California

                         By:_____/s/*_____
                         BARBARA VALLIERE
                         WILSON LEUNG
                         Assistant United States Attorneys

* Filed with permission.

**[PROPOSED] ORDER**

For good cause shown, and pursuant to the stipulation of the parties (as to numbers 2 through 6 below), the Court hereby orders the limited unsealing of sealed documents in this action as follows:

1. In the Court's judgment there is no reason for counsel to have access to Court Exhibit A (marked as such during the hearing held on November 5, 2010), which is under seal. One of the names disclosed in Court Exhibit A has been made public and the other name, to the judge's memory, has not. In the district court's judgment, the contents of Court Exhibit A do not have any effect on the issues on appeal. If the court of appeals has a different view, it can enter a different order. Court Exhibit A shall not be unsealed. Parts 2 through 6 below do not apply to Court Exhibit A.

2. U.S. Probation is directed to provide to ColourDrop for duplication a copy of the respective Presentence Reports and Statement of Reasons for the respective Defendants/Appellants in this case, for distribution by ColourDrop to their aforementioned stipulating appellate counsel, and such office staff, paralegals, or other attorneys as appellate counsel they may designate, pursuant to this order. ColourDrop shall thereafter return all documents provided for copying to U.S. Probation.

3. The Clerk of this Court is directed to provide to ColourDrop for duplication the originals or copies of all sealed documents filed in this action, including consolidated or related actions, for distribution to aforementioned stipulating appellate counsel, and such office staff, paralegals, or other attorneys, as appellate counsel may designate, pursuant to this order. ColourDrop shall thereafter return all documents provided for copying to the Clerk of this Court.

4. The Court Reporters responsible for preparation of sealed transcripts are directed to provide copies of all sealed transcripts in this action, including consolidated or related actions, to ColourDrop for duplication, for distribution to aforementioned stipulating appellate counsel, and such office staff, paralegals, or other attorneys as appellate counsel may designate, pursuant to this order. ColourDrop shall thereafter return all documents provided for copying to the Court Reporters who provided them.

5. The parties shall comply with Ninth Circuit Rule 27-13 and 30-1.10, with respect to filing the documents for the appeal, and will follow any comparable rules for filing sealed documents in collateral proceedings.

6. The parties agree that all sealed documents will remain under the control of appellate counsel at all times, and that no sealed documents, or copies of such documents, will be disseminated, including to the defendants/appellants, except that if appellate counsel deems it necessary to show any portion or all of the documents to defendants/appellants in order to provide effective representation on appeal, or in any collateral proceeding, appellate counsel will obtain a court order granting permission to do so. Counsel will notify the government prior to obtaining such an order, to permit the government the opportunity to object to the request. Counsel may permit access to sealed documents to office staff, paralegals, or other attorneys, as appellate counsel deems necessary for the adequate preparation of the appeal, but such access will be appropriately limited in scope so as to ensure that no sealed documents are disseminated beyond appellate counsel's direct control. ColourDrop shall not disseminate any documents under this order to anyone other than appellate counsel who have signed this stipulation, and shall return all duplicated documents to the respective Government agencies promptly after duplication pursuant to this order.

**IT IS SO ORDERED.**

Dated: __November 24_____, 2014

_____
HON. WILLIAM ALSUP
United States District Court Judge