GERI LYNN GREEN (SBN 127709)
LAW OFFICES OF GREEN AND GREEN, LLC
4 Embarcadero Street 14th Floor
San Francisco, CA 94110
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com

Attorney for Defendant/Appellant
MANUEL FRANCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MANUEL FRANCO,<br><br>Defendant. | No. CR 08-0730 WHA<br><br>**CLARIFICATION OF ORDER FOR RELEASE OF SEALED DOCUMENTS TO APPELLATE COUNSEL AT DOCKETS 5880 AND 6205; ~~Proposed~~ ORDER.**<br><br>The Hon. William H. Alsup |

Defendant/Appellant Manuel Franco, through his counsel, seeks clarification of the orders at Docket 5880 and 6205, which cover the under seal materials in the above case, but bind different Counsel.

Utilizing CJA funds, Colour Drop made and provided an electronic version of the under seal documents described at Dockets 5880 and 6205 to Mark Rosenbush, who distributed the materials to the other defendants pursuant to the stipulated protective order at Docket 5880.  Mr. Rosenbush is willing to provide a copy of those materials to Franco's team with an appropriate court order.

Accordingly, it is herein requested that the Court issue an order allowing Mark Rosenbush to distribute an electronic copy of the under seal documents received by him, from Colour Drop pursuant to Docket 5880, to defense counsel for Mr. Franco, pursuant to Docket 6205.

Respectfully submitted,

DATED: January 20, 2015

LAW OFFICES OF GREEN AND GREEN LLC

By:_____/s/_____
GERI LYNN GREEN
Attorney for Defendant/Appellant MANUEL FRANCO

**[PROPOSED] ORDER**

For good cause shown, it is not a violation of the protective order at Docket 5880 for Mr. Rosenbush to distribute a copy of the under seal materials he received from Colour Drop to Counsel for Mr. Franco, who has also been authorized to obtain and use those materials at Docket 6205.

**IT IS SO ORDERED.**

Dated:  January 26_____, 2015

_____
HON. WILLIAM ALSUP
United States District Court Judge